IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK S. HALL,

     Plaintiff,              No. CIV S-05-2332 MCE GGH PS

     vs.

COUNTY OF SACRAMENTO, et al.,

     Defendants.          ORDER TO SHOW CAUSE

_____/

        This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21). An "Order Requiring Timely Service and Joint Status Report" was issued November 18, 2005. The parties were directed to "confer in person, if at all possible, pertaining to the automatic disclosures required by Fed. R. Civ. P. 26, as amended effective December 1, 2000, within 30 days after the answer by any defendant.  Thereafter, within 14 days, the parties shall submit to the court a joint status report."  Defendants filed an answer on April 11, 2006, and a joint status report has not been received.

\\\\\

\\\\\

\\\\\

\\\\\

1

1     Accordingly, IT IS HEREBY ORDERED that:

2     The parties shall show cause, in writing, within ten days from the date of this

3 order, why a joint status report has not been filed.

4 DATED: 7/28/06

                /s/ Gregory G. Hollows

5

                GREGORY G. HOLLOWS

6                  U. S. MAGISTRATE JUDGE

7 GGH:035

 hall.osc

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26