IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK S. HALL,

        Plaintiff,                No. CIV S-05-2332 MCE GGH PS

     vs.

COUNTY OF SACRAMENTO, et al.,

        Defendants.        <u>ORDER</u>

_____/

        This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21). On July 28, 2006, this court issued an order to show cause for the parties' failure to file a joint status report in accordance with the order filed November 18, 2005.  On August 7, 2006, defendants filed a response to the order to show cause, and a joint status report.  Defendants' response is satisfactory.  Therefore, the show cause order will be discharged.

        Accordingly, IT IS HEREBY ORDERED that the order to show cause, filed July 28, 2006, is discharged.

DATED: 9/1/06                  /s/ Gregory G. Hollows

                                 _____
                                   GREGORY G. HOLLOWS
                                   U. S. MAGISTRATE JUDGE

GGH:076
hall2332.dch.wpd