IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK S. HALL,

    Plaintiff,                              No. CIV S-05-2332 MCE GGH PS

    vs.

COUNTY OF SACRAMENTO,
COUNTY OF SACRAMENTO                ORDER
SHERIFF'S DEPARTMENT,
SHERIFF'S DEPUTY
NATE BURNETTE,

    Defendants.

_____/

        On December 19, 2006, plaintiff filed a notice of substitution of counsel.  Both parties now appearing by counsel, the referral to the magistrate judge is withdrawn.  However, the magistrate judge shall continue to perform all duties described in Local Rule 72-302(c)(1)-(20).

        IT IS SO ORDERED.

DATED: 4/23/07                              /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

ggh5:Hall2332.reassign.wpd

1