IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK S. HALL,

    Plaintiff,                                 CIV. NO. S- 05-2332 MCE GGH

    vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.                         ORDER

        Plaintiff's motion to compel expert testimony presently is calendared for hearing on July 26, 2007. A review of the record indicates the discovery deadline was February 6, 2007, and the dispositive motion deadline, including motions relating to discovery of expert witnesses, was July 6, 2007.

        Accordingly, IT IS ORDERED that plaintiff's motion to compel expert testimony is vacated from this court's calendar for July 26, 2007.

DATED: 7/23/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:Hall2332.vac.wpd

1