**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
David A. Melton, SBN 176340
Latika Sharma, SBN 251099
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO, COUNTY OF SACRAMENTO SHERIFF'S DEPARTMENT and SHERIFF'S DEPUTY NATE BURNETTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK S. HALL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, COUNTY OF SACRAMENTO SHERIFF'S DEPARTMENT, SHERIFF'S DEPUTY NATE BURNETTE,<br><br>　　　　Defendants.<br>_____/ | NO. 2:05-cv-02332-MCE-GGH<br><br>**ORDER ON EX PARTE APPLICATION FOR ORDER EXTENDING DEADLINE TO COMPLETE DEPOSITION OF PLAINTIFF'S EXPERT** |

After considering defendants' Ex-parte Application for Order Extending Deadline to Complete Deposition of Plaintiff's Expert to January 30, 2008, and finding good cause:

It is HEREBY ORDERED that defendants have to and including January 30, 2008, by which to take the deposition of plaintiff's expert, Hadley Osran, M.D.

Dated: December 18, 2007

_____
**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

1

00549860.WPD