**ATTACHMENT "A"**
**PLAINTIFF'S WITNESS LIST**

| NUMBER | WITNESS NAME |
|---|---|
| 1. | Frank Hall |
| 2. | Nate Burnette |
| 3. | Deputy Jason Cvitanov |
| 4. | Deputy Scott Brown |
| 5. | Deputy John Bullington |
| 6. | Deputy Jennifer Bacoch |
| 7. | Deputy Colin Mason |
| 8. | Deputy Matthew Deaux |
| 9. | Sergeant Michael Gomez |
| 10. | Nurse Jesse Espejo |
| 11. | Nurse Cynthia Peterson |
| 12. | Anthony Wright, Jr. |
| 13. | Dr. Theodore Muller |
| 14. | Timothey Twomey, Retired Sheriff's Lieutenant |
| 15. | Hadley C. Osran, M.D. |
| 16. | George Hansen |
| 17. | Richard Moore |

PDF created with pdfFactory trial version www.pdffactory.com

**ATTACHMENT "B"**
**DEFENDANT'S WITNESS LIST**

| NUMBER | WITNESS NAME |
|---|---|
| 1. | Frank Hall |
| 2. | Nate Burnette |
| 3. | Deputy Jason Cvitanov |
| 4. | Deputy Scott Brown |
| 5. | Deputy John Bullington |
| 6. | Deputy Jennifer Bacoch |
| 7. | Deputy Colin Mason |
| 8. | Deputy T. Pai |
| 9. | Deputy Jason Abbott |
| 10. | Deputy Mullins |
| 11. | Deputy Gregory |
| 12. | Deputy Matthew Deaux |
| 13. | Sergeant Michael Gomez |
| 14. | Sergeant Merkins |
| 15. | Sergeant Zwolinski |
| 16. | Sergeant Johnson |
| 17. | Nurse Jesse Espejo |
| 18. | Nurse Cynthia Peterson |
| 19. | Nurse Rhonda Schmidt |
| 20. | Cathy Stepps-Gonzales |
| 21. | Jim Austin |
| 22. | Evelyn Horowitz |

PDF created with pdfFactory trial version www.pdffactory.com

| NUMBER | WITNESS NAME |
|---|---|
| 23. | Deputy Shane Gregory |
| 24. | Anthony Wright, Jr. |
| 25. | Sacramento Police Officer E. Bonilla |
| 26. | Sacramento Police Officer Spilmer |
| 27. | Sacramento Police Officer D. Rosin |
| 28. | Sacramento Police Officer Cohen |
| 29. | CHP Officer George Vasiliou |
| 30. | CHP Officer Peter Lockhart |
| 31. | Joan Phoenix |
| 32. | Sergeant Michael Butler |
| 33. | Dr. Theodore Muller |
| 34. | Jeffrey Hislop |
| 35. | Carl Bourne, M.D. |
| 36. | Paul Hendricks |

PDF created with pdfFactory trial version www.pdffactory.com

# ATTACHMENT "C"
# PLAINTIFF'S EXHIBIT LIST

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 1 | Arresting Officer's Observation Form | | |
| 2 | Traffic Collision Report | | |
| 3 | Arrest Report (DUI) | | |
| 4 | Narrative/Supplemental Traffic Collision Report | | |
| 5 | Sacramento Police Department Report Supplement | | |
| 6 | Probable Cause Declaration Form (DUI) | | |
| 7 | DUI Intoxication Report | | |
| 8 | Frank Hall's Criminal Records | | |
| 9 | Special Needs Form | | |
| 10 | Mug Shot | | |
| 11 | Inmate Booking Information Receipt | | |
| 12 | Personal Descriptor – PF 2 Screen | | |
| 13 | Movement History – PF 5 Screen | | |
| 14 | Booking Summary – PF 11 Screen | | |
| 15 | Probable Cause Form (Battery on a Peace Officer) | | |
| 16 | Casualty Report | | |
| 17 | Continuation Report | | |
| 18 | Crime Report | | |

PDF created with pdfFactory trial version www.pdffactory.com

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 19 | Arrest Report (Battery on a Peace Officer) | | |
| 20 | Log Book Entry | | |
| 21 | Suspect Information Sheet | | |
| 22 | Nurse Screening Information Sheet | | |
| 23 | Inmate Classification Worksheet | | |
| 24 | Inmate Property and Clothing Record | | |
| 25 | Frank Hall's Medical Records | | |
| 26 | Nate Burnette's Medical Records | | |
| 27 | Photographs of the Main Jail | | |
| 28 | Diagram of the Main Jail | | |
| 29 | Sacramento Sheriff's Department Operations Order 3/110, Use of Force | | |
| 30 | Photographs of Frank Hall taken by CSI | | |
| 31 | Photographs of Frank Hall taken by George Hansen | | |
| 32 | Resume of Timothy Twomey | | |
| 33 | Resume of Dr. Michael Rivard | | |
| 34 | Medical Policy manual pertaining to the Jail | | |
| 35 | Psychiatric policy manual pertaining to the Jail | | |
| 36 | Video of Constantin event | | |
| 37 | Photographs of Constantin | | |

PDF created with pdfFactory trial version www.pdffactory.com

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| 38 | Photographs of Afshar | | |
| 39 | Video of Afshar event | | |
| 40 | Records of other similar beatings at the Jail, early 1980's to the present | | |
| 41 | Disciplinary and Internal Investigation records of Deputy Nathan Burnette | | |

PDF created with pdfFactory trial version www.pdffactory.com

**ATTACHMENT "D"**
**DEFENDANT'S EXHIBIT LIST**

| EXHIBIT LETTER | EXHIBIT DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| A. | Arresting Officer's Observation Form | | |
| B. | Traffic Collision Report | | |
| C. | Arrest Report (DUI) | | |
| D. | Narrative/Supplemental Traffic Collision Report | | |
| E. | Sacramento Police Department Report Supplement | | |
| F. | Probable Cause Declaration Form (DUI) | | |
| G. | DUI Intoxication Report | | |
| H. | Frank Hall's Criminal Records | | |
| I. | Special Needs Form | | |
| J. | Mug Shot | | |
| K. | Inmate Booking Information Receipt | | |
| L. | Personal Descriptor – PF 2 Screen | | |
| M. | Movement History – PF 5 Screen | | |
| N. | Booking Summary – PF 11 Screen | | |
| O. | Probable Cause Form (Battery on a Peace Officer) | | |
| P. | Casualty Report | | |
| Q. | Continuation Report | | |
| R. | Crime Report | | |

PDF created with pdfFactory trial version www.pdffactory.com

| EXHIBIT LETTER | EXHIBIT DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| S. | Arrest Report (Battery on a Peace Officer) | | |
| T. | Log Book Entry | | |
| U. | Suspect Information Sheet | | |
| V. | Nurse Screening Information Sheet | | |
| W. | Inmate Classification Worksheet | | |
| X. | Inmate Property and Clothing Record | | |
| Y. | Frank Hall's Medical Records | | |
| Z. | Nate Burnette's Medical Records | | |
| AA. | Photographs of the Main Jail | | |
| BB. | Diagram of the Main Jail | | |
| CC. | Sacramento Sheriff's Department Operations Order 3/110, Use of Force | | |

PDF created with pdfFactory trial version www.pdffactory.com