**P O R T E R | S C O T T**

A PROFESSIONAL CORPORATION
David A. Melton, SBN 176340
Colleen R. Howard, SBN 257661
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO, COUNTY OF SACRAMENTO SHERIFF'S DEPARTMENT and NATE BURNETTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK S. HALL, | Case No.: 2:05-CV-02332-MCE-GGH |
| Plaintiff, | **STIPULATION FOR DISMISSAL; ORDER** |
| vs. | |
| COUNTY OF SACRAMENTO, COUNTY OF SACRAMENTO SHERIFF'S DEPARTMENT, SHERIFF'S DEPUTY NATE BURNETTE, | |
| Defendants. | |
| _____/ | |

WHEREAS, defendants COUNTY OF SACRAMENTO, COUNTY OF SACRAMENTO SHERIFF'S DEPARTMENT, NATE BURNETTE and plaintiff FRANK S. HALL have resolved all claims between them;

Defendants COUNTY OF SACRAMENTO, COUNTY OF SACRAMENTO SHERIFF'S DEPARTMENT, NATE BURNETTE and plaintiff FRANK S. HALL hereby stipulate, through their respective undersigned counsel, that all claims against defendants COUNTY OF SACRAMENTO, COUNTY OF SACRAMENTO SHERIFF'S DEPARTMENT and NATE BURNETTE be dismissed with prejudice.

1

IT IS SO STIPULATED.


Dated: June 17, 2010                     FILICE LAW OFFICES


                                         By____/s/ Gerald W. Filice_____
                                                 *As authorized by e-mail on 06/17/10*
                                                 Gerald W. Filice
                                                 Attorney for Plaintiff FRANK S. HALL


Dated: June 17, 2010                     PORTER SCOTT
                                         A PROFESSIONAL CORPORATION


                                         By ____/s/ David A. Melton_____
                                                 David A. Melton
                                                 Attorneys for Defendants COUNTY OF
                                                 S A C R A M E N T O ,   C O U N T Y   O F
                                                 SACRAMENTO SHERIFF'S DEPARTMENT
                                                 and NATE BURNETTE


## **O R D E R**

        IT IS SO ORDERED.  The Clerk of Court is hereby directed to close this file.


Dated:  June 22, 2010

                                         _____
                                         MORRISON C. ENGLAND, JR.
                                         UNITED STATES DISTRICT JUDGE

**STIPULATION TO DISMISS ALL CLAIMS AGAINST DEFENDANT; AND PROPOSED ORDER**
00792960.WPD